**McCOWN v. STANLEY.**

Court of Appeals of Kentucky.

(Decided Dec. 21, 1934.)

W. K. STEELE for movant.

J. P. HOBSON, Jr., opposed.

PER CURIAM.

Appeal denied; judgment affirmed.